UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMBAR REALTY, LLC,<br><br>       Plaintiff,<br><br>  -against-<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 1:25-cv-02223 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As set forth at the initial pretrial conference, the Court will stay discovery at the joint request of the parties, pending the Court's resolution of the motion to dismiss. The Court enters the following briefing schedule for the motion to dismiss: (1) Plaintiff's opposition is due **May 9, 2025**; and (2) Defendant's reply is due **May 30, 2025**. If the Court denies the motion to dismiss, the parties shall file a revised proposed case management plan **seven (7) days** after the Court's decision resolving the motion.

Dated: April 22, 2025
     New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge